# EXHIBIT 1

SAUL EWING
ARNSTEIN
& LEHR LLP

Jennifer L. Beidel
Phone: (215) 972-7850
Fax: (215) 972-2291
jennifer.beidel@saul.com
www.saul.com

December 30, 2021

***Via Certified and Regular Mail***

The Sage Group PLC
271 17th Street NW
Suite 1100
Atlanta, GA 30363

Attn: Legal Department

RE: Delaware River Waterfront Corporation v. The Sage Group, PLC and Wellspring Software, Inc. d/b/a PrintBoss
Court of Common Pleas Philadelphia County No. 211202070

Dear Sir/Madam:

On behalf of Plaintiff Delaware River Waterfront Corporation, I enclose a Writ of Summons Directed to Defendant The Sage Group in the above matter.

Sincerely,

Jennifer L. Beidel

JLB/jaf
Enclosure

Centre Square West • 1500 Market Street, 38th Floor • Philadelphia, PA 19102-2186
Phone: (215) 972-7777 • Fax: (215) 972-7725

DELAWARE FLORIDA ILLINOIS MARYLAND MASSACHUSETTS MINNESOTA NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
DECEMBER 2021 002070
E-Filing Number: 2112054101

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| DELAWARE RIVER WATERFRONT CORPORATION | THE SAGE GROUP PLC |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| 121 N. COLUMBUS BOULEVARD<br>PHILADELPHIA PA 19106 | 271 17TH STREET NW SUITE 1100<br>ATLANTA GA 30363 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | WELLSPRING SOFTWARE, INC., ALIAS: D/B/A PRINTBOSS |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | 445 SOVEREIGN COURT<br>MANCHESTER MO 63011 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| | |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | ☐ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☒ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration ☐ Mass Tort ☒ Commerce ☐ Settlement<br>☐ Jury ☐ Savings Action ☐ Minor Court Appeal ☐ Minors<br>☐ Non-Jury ☐ Petition ☐ Statutory Appeals ☐ W/D/Survival<br>☐ Other: |

CASE TYPE AND CODE
10 - CONTRACTS OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
DEC 29 2021
S. RICE

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: DELAWARE RIVER WATERFRONT CORPORATION

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | | ADDRESS |
|---|---|---|
| JENNIFER L. BEIDEL | | 1500 MARKET STREET<br>3800 CENTRE SQUARE WEST<br>PHILADELPHIA PA 19102 |
| **PHONE NUMBER** | **FAX NUMBER** | |
| (215)972-7850 | (215)972-1843 | |
| **SUPREME COURT IDENTIFICATION NO.** | | **E-MAIL ADDRESS** |
| 204450 | | jennifer.beidel@saul.com |
| **SIGNATURE OF FILING ATTORNEY OR PARTY** | | **DATE SUBMITTED** |
| *JENNIFER BEIDEL* | | Wednesday, December 29, 2021, 07:04 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

# COMMERCE PROGRAM ADDENDUM TO CIVIL COVER SHEET

This case is subject to the Commerce Program because it is not an arbitration matter and it falls within one or more of the following types (check all applicable):

____ 1. Actions relating to the internal affairs or governance, dissolution or liquidation, rights or obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of business corporations, partnerships, limited partnerships, limited liability companies or partnerships, professional associations, business trusts, joint ventures or other business enterprises, including but not limited to any actions involving interpretation of the rights or obligations under the organic law (e.g., Pa. Business Corporation Law), articles of incorporation, by-laws or agreements governing such enterprises;

X 2. Disputes between or among two or more business enterprises relating to transactions, business relationships or contracts between or among the business enterprises. Examples of such transactions, relationships and contracts include:

- ____ a. Uniform Commercial Code transactions;
- ____ b. Purchases or sales of business or the assets of businesses;
- X c. Sales of goods or services by or to business enterprises;
- ____ d. Non-consumer bank or brokerage accounts, including loan, deposit cash management and investment accounts;
- ____
- ____ e. Surety bonds;
- ____ f. Purchases or sales or leases of, or security interests in, commercial, real or personal property; and
- ____ g. Franchisor/franchisee relationships.

____ 3. Actions relating to trade secret or non-compete agreements;

____ 4. "Business torts," such as claims of unfair competition, or interference with contractual relations or prospective contractual relations;

____ 5. Actions relating to intellectual property disputes;

____ 6. Actions relating to securities, or relating to or arising under the Pennsylvania Securities Act;

____ 7. Derivative actions and class actions based on claims otherwise falling within these ten types, such as shareholder class actions, but not including consumer class actions, personal injury class actions, and products liability class actions;

____ 8. Actions relating to corporate trust affairs;

____ 9. Declaratory judgment actions brought by insurers, and coverage dispute and bad faith claims brought by insureds, where the dispute arises from a business or commercial insurance policy, such as a Comprehensive General Liability policy;

____ 10. Third-party indemnification claims against insurance companies where the subject insurance policy is a business or commercial policy and where the underlying dispute would otherwise be subject to the Commerce Program, not including claims where the underlying dispute is principally a personal injury claim.

**SAUL EWING ARNSTEIN & LEHR LLP**
Amy S. Kline, Pa. Bar ID # 84690
Jennifer L. Beidel, Pa. Bar ID # 204450
Centre Square West, 38th Floor
1500 Market Street
Philadelphia, Pennsylvania 19102-2186
Telephone: (215) 972-7180
Fax: (215) 972-1917
Amy.Kline@saul.com
Jennifer.Beidel@saul.com
*Attorneys for Plaintiff*

Filed and Attested by the
Office of Judicial Records
29 DEC 2021 07:54 pm

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DELAWARE RIVER WATERFRONT CORPORATION<br>121 N. Columbus Boulevard<br>Philadelphia, PA 19106 | CIVIL DIVISION<br><br>CIVIL ACTION |
| Plaintiff, | NO. ________________ |
| v. | |
| THE SAGE GROUP PLC<br>271 17th Street NW<br>Suite 1100<br>Atlanta, GA 30363 | JURY TRIAL DEMANDED |
| and | |
| WELLSPRING SOFTWARE, INC.<br>d/b/a PRINTBOSS<br>445 Sovereign Court<br>Manchester, MO 63011 | |
| Defendants. | |

**PRAECIPE FOR WRIT OF SUMMONS**

To the Prothonotary:

Kindly issue the below Writ of Summons in the above-referenced action and forward to: Jennifer L. Beidel, Saul Ewing Arnstein & Lehr LLP, Centre Square West, 1500 Market St., 38th Fl., Philadelphia, PA 19102.

By: ______________________________

Clerk/Deputy

**WRIT OF SUMMONS**

To: WELLSPRING SOFTWARE, INC.
d/b/a PRINTBOSS
445 Sovereign Court
Manchester, MO 63011

THE SAGE GROUP PLC
271 17th Street NW
Suite 1100
Atlanta, GA 30363

You are hereby notified that Delaware River Waterfront Corporation has commenced an action against you.

Date:

______________________________
Prothonotary, Philadelphia County

Respectfully Submitted,

SAUL EWING ARNSTEIN & LEHR LLP

______________________________

Amy S. Kline, Pa. Bar ID # 84690
Jennifer L. Beidel, Pa. Bar ID # 204450
Centre Square West, 38th Floor
1500 Market Street
Philadelphia, Pennsylvania 19102-2186
Telephone: (215) 972-7180
Fax: (215) 972-1917
Amy.Kline@saul.com
Jennifer.Beidel@saul.com
*Attorneys for Plaintiff*

Dated:

PROTHONOTARY • FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
211202070
29 DEC 2021 09:04 am
S. RICE

Case ID: 211202070

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DELAWARE RIVER WATERFRONT CORPORATION<br>121 N. Columbus Boulevard<br>Philadelphia, PA 19106<br><br>Plaintiff,<br><br>v.<br><br>THE SAGE GROUP PLC<br>271 17th Street NW<br>Suite 1100<br>Atlanta, GA 30363<br><br>and<br><br>WELLSPRING SOFTWARE, INC.<br>d/b/a PRINTBOSS<br>445 Sovereign Court<br>Manchester, MO 63011<br><br>Defendants. | CIVIL DIVISION<br><br>CIVIL ACTION<br><br>NO. ______________<br><br>JURY TRIAL DEMANDED |

To: THE SAGE GROUP PLC
271 17th Street NW
Suite 1100
Atlanta, GA 30363

and

WELLSPRING SOFTWARE, INC.
d/b/a PRINTBOSS
445 Sovereign Court
Manchester, MO 63011

**WRIT OF SUMMONS**

You are hereby notified that Delaware River Waterfront Corporation has commenced an action against you.

Date:

______________________________
Prothonotary, Philadelphia County

By: ______________________________
Clerk/Deputy




Case ID: 211202070