IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAWARE RIVER WATERFRONT, CORPORATION, | : : : | |
| Plaintiff, | : : | Civil Action No.: 2:22-cv-01905 |
| v. | : : | |
| THE SAGE GROUP PLC and WELLSPRING SOFTWARE, INC., | : : : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of defendant, Wellspring Software, Inc., in the above-captioned matter.

                                         Respectfully submitted,

                                         **LOCK GORDON LAW GROUP, LLC**

                                         By:  */s/ Robyn D. Kazatsky*
                                                    Robyn D. Kazatsky
                                                    Attorney for defendant,
                                                    Wellspring Software, Inc.

Dated: May 17, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance has been filed and served via the Court's Electronic Case Filing system upon the following:

Amy S. Kline, Esquire
Jennifer L. Beidel, Esquire
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West, 38th Floor
1500 Market Street
Philadelphia, PA 19102
*Attorneys for Plaintiff*

Mary Kay Brown, Esquire
Jami B. Nimeroff, Esquire
BROWN McGARRY NIMEROFF LLC
1500 JFK Blvd., Suite 610
Philadelphia, PA 19102
*Attorneys for Defendant, The Sage Group PLC*

**LOCK GORDON LAW GROUP, LLC**

By:  */s/ Robyn D. Kazatsky*
　　　Robyn D. Kazatsky
　　　Attorney for defendant,
　　　Wellspring Software, Inc.