# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELAWARE RIVER WATERFRONT CORPORATION** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **WELLSPRING SOFTWARE, INC. and THE SAGE GROUP PLC** | : | NO. 22-1905 |

## ORDER

**NOW**, this 19th day of May, 2022, having considered the Stipulation to Amend Complaint and Extend Time to File a Response to Plaintiff's Amended Complaint (Doc. No. 9), it is **ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** as follows:

1. Plaintiff shall file its amended complaint substituting Sage Software, Inc. in place of The Sage Group plc no later than **June 2, 2022**.

2. Defendants Sage Software, Inc. and Wellspring Software, Inc. shall respond to the Amended Complaint no later than **June 23, 2022**.

/s/ TIMOTHY J. SAVAGE J.