**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DELAWARE RIVER** | : | **CIVIL ACTION** |
| **WATERFRONT CORPORATION** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **WELLSPRING SOFTWARE, INC. and** | : | |
| **SAGE SOFTWARE, INC.** | : | **NO. 22-1905** |

## ORDER

**NOW**, this 22nd day of December 2022, upon consideration of Defendant, Wellspring Software, Inc. d/b/a PrintBoss', Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 17), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's First Amended Complaint is dismissed as to the defendant Wellspring Software, Inc.

_____
TIMOTHY J. SAVAGE, J.