# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELAWARE RIVER WATERFRONT CORPORATION** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **WELLSPRING SOFTWARE, INC. and SAGE SOFTWARE, INC.** | : | NO. 22-1905 |

## ORDER

**NOW**, this 22nd day of December, 2022, upon consideration of defendant Sage Software, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 16), the plaintiff's response, the defendant's reply, the plaintiff's supplemental response, and the defendant's supplemental reply, it is **ORDERED** that the motion is **GRANTED** to the extent that it seeks to compel arbitration.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall submit their dispute to arbitration pursuant to the terms of current Sage End User License Agreement;

2. All proceedings in this action are **STAYED** pending arbitration of the plaintiff's claims; and,

3. The Clerk of Court shall **CLOSE** this action administratively.

_____
TIMOTHY J. SAVAGE, J.